
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-717 (JEI) (KW) |
| | ) |
| MYLAN PHARMACEUTICALS INC., MYLAN INC., MATRIX LABORATORIES LIMITED and MATRIX LABORATORIES INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

WHEREAS, Endo Pharmaceuticals Inc. ("Endo") brought suit in this Court against Mylan Pharmaceuticals Inc., Mylan Inc., Matrix Laboratories Limited and Matrix Laboratories Inc. on August 16, 2011 charging infringement of U.S. Patent Nos. 5,464,864; 5,637,611; and 5,827,871 (collectively, the "Patents-in-Suit") pursuant to 35 U.S.C. § 271 ("the Action");

WHEREAS, Matrix Laboratories Limited and Matrix Laboratories Inc. (collectively, "Matrix") appear in this Action (without consenting to or agreeing to personal or subject matter jurisdiction in this Court for any other matter or purpose) solely for the limited purpose of entering into this Stipulation and its enforcement;

WHEREAS, Endo reserves the right to reinstate this Action to include Matrix or to bring another lawsuit against Matrix on the same or similar subject matter or bases, and Matrix agrees (without consenting to or agreeing to personal or subject matter jurisdiction) that should Endo do so then Matrix waives any costs or fees under FED. R. CIV.P. 41(d);

WHEREAS, Endo has agreed to voluntarily dismiss Matrix from this case pursuant to FED. R. CIV.P. 41(a)(1)(A)(ii), without prejudice and without costs or fees, on the conditions that Matrix (a) provide discovery as if they were a party to this Action and (b) agree to be bound by any decisions rendered in this Action; and

NOW THEREFORE, Endo and Matrix, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Matrix appears in this Action for the limited purpose of entering into this Stipulation and agreeing to the jurisdiction of this Court for its enforcement.

2. Matrix agrees to be bound by any judgment or order in the above captioned action against Mylan Pharmaceuticals Inc. and Mylan Inc. as if it were a party to such action.

3. Matrix stipulates that, to the extent that it has documents, witnesses and information in its possession, custody or control that are relevant to the Complaint against Mylan and other issues, defenses or causes of action that may arise in this Action, Matrix agrees to provide Endo with such documents, witnesses, and information in response to discovery requests to Mylan to the same extent Matrix would be required to do so in response to discovery requests served on it as if it were a party (Matrix expressly reserves any and all objections it may have to any discovery requested by plaintiffs).

4. Pursuant to FED. R. CIV.P. 41(a)(1)(A)(ii), Endo dismisses the claims against Matrix in the Complaint in the above captioned action, without prejudice and each party will bear its own fees and costs.

5. The case caption should be amended to read:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-717 (JEI) (KW) |
| | ) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | ) |
| | ) |
| Defendants. | ) |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Endo Pharmaceuticals Inc.*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore (#3983)*
_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@pottersanderson.com

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Inc., Matrix Laboratories Limited and Matrix Laboratories Inc.*

September 30, 2011
4502993

SO ORDERED this ___ day of _____, 2011.

_____
United States District Judge