# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 11-717-JEI-KW |
| MYLAN PHARMACEUTICALS INC., and MYLAN INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on December 14, 2012 upon the following attorneys of record at the following addresses as indicated:

> EXPERT REPORT OF DR. GRAHAM JOHNSON **[CONTAINS CONFIDENTIAL INFORMATION: OUTSIDE COUNSEL'S EYES ONLY]**
>
> EXPERT REPORT OF STEPHEN J. PEROUTKA, M.D., PH.D. **[CONTAINS CONFIDENTIAL INFORMATION: OUTSIDE COUNSEL'S EYES ONLY]**
>
> EXPERT REPORT OF ALBERT C. LEE, PH.D.

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Jeffrey I.D. Lewis |
| Julia Heaney | Richard H. Maidman |
| Morris, Nichols, Arsht & Tunnell LLP | Sean Marshall |
| 1201 North Market Street | Edward R. Tempesta |
| P.O. Box 1347 | Patterson Belknap Webb & Tyler LLP |
| Wilmington, DE 19899 | 1133 Avenue of the Americas |
| jblumenfeld@mnat.com | New York, NY 10036 |
| jheaney@mnat.com | jidlewis@pbwt.com |
| | rmaidman@pbwt.com |
| | smarshall@pbwt.com |
| | ertempesta@pbwt.com |

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| T.O. Kong<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Tel:  415-947-2000<br><br>Douglas Carsten<br>Matthew J. Bresnahan<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130<br>Tel:  858-350-2300 | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Mylan Pharmaceuticals Inc. and Mylan Inc.* |

Dated:  December 14, 2012
1086900 / 37257

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 14, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 14, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com | Jeffrey I.D. Lewis<br>Richard H. Maidman<br>Sean Marshall<br>Edward R. Tempesta<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY  10036<br>jidlewis@pbwt.com<br>rmaidman@pbwt.com<br>smarshall@pbwt.com<br>ertempesta@pbwt.com |

By:  /s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1025440 / 37257