IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., et al., <br><br> Defendants. | Civil No. 11-CV-00717 (RMB/KW) <br><br> ORDER (REDACTED) |

On January 28, 2014, the Court issued an Opinion and Order finding in favor of Plaintiff Endo Pharmaceuticals, Inc. (the "Plaintiff" or "Endo"). (Dkt. Ents. 226, 227.) Now before the Court are several motions filed by the parties: (1) a motion to enforce the settlement agreement, filed by Defendants Mylan Pharmaceuticals, Inc. and Mylan Inc. (the "Defendants" or "Mylan") (Dkt. Ent. 231); (2) a motion for relief from final judgment pursuant to Federal Rule of Civil Procedure 60(b), filed by Defendants (Dkt. Ent. 253); and (3) a motion for entry of final judgment, filed by Plaintiff (Dkt. Ent. 230). On March 18, 2014, the Court conducted a hearing on Defendants' motion to enforce the settlement.

After consideration of the evidence and the parties' submissions, and

1

FOR THE REASONS set forth in the accompanying bench Opinion;

**IT IS** on this, the **8th** day of **April 2014**, hereby

**ORDERED** that Defendants' motion for relief from final judgment pursuant to Rule 60(b)(6) (Dkt. Ent. 253) is GRANTED and the Court's Opinion and Order (Dkt. Ents. 226, 227) are VACATED; and it is further

**ORDERED** that Defendants' motion to enforce the settlement (Dkt. Ent. 231) is GRANTED; and it is further

**ORDERED** that the parties shall execute a written settlement agreement reflecting the essential terms agreed upon by the parties as discussed in the Court's accompanying Opinion, to wit:

and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to the extent necessary to enforce the terms and conditions of the oral settlement set forth above as well as any written settlement agreement embodying those terms; and it is further

**ORDERED** that Plaintiff's motion for entry of final judgment (Dkt. Ent. 230) is DENIED as moot; and it is further

2

**ORDERED** that, because the accompanying Opinion addresses confidential settlement negotiations, the Opinion shall remain under seal and the parties are directed to confer and submit a joint proposed redacted copy of the Opinion on or before April 11, 2014; and it is further

**ORDERED** that the Clerk of the Court shall close the file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE