[Dkt. Ent. 317]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., et al., <br><br> Defendants. | Civil No. 11-CV-00717 (RMB/KW) <br><br> ORDER |

On April 8, 2014, the Court issued an Opinion and Order granting a motion to enforce the settlement agreement, filed by Defendants Mylan Pharmaceuticals, Inc. and Mylan Inc. (the "Defendants" or "Mylan"). (Dkt. Ent. 308.) The Court also ordered the parties to confer and submit a joint proposal for redaction of the confidential settlement negotiations referenced in the Opinion. (Dkt. Ent. 309.) The parties, however, informed the Court that they could not agree to the proposed redactions: Endo believes the Opinion should contain no redactions, while Mylan proposes that only information related to the settlement terms be redacted. (See Dkt. Ent. 317.)

After due consideration of the parties' arguments as set forth in their joint submission, and for substantially the same reasons set forth by Defendants, the Court will enter a redacted

Opinion in the form proposed by Defendants and attached as Exhibit A.

**ACCORDINGLY, IT IS** on this, the **29th** day of **May 2014**, hereby

**ORDERED** that Defendants' request to seal the exchange of proposed settlement terms set forth in the Court's April 8, 2014 Opinion is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall publicly file the accompanying redacted Opinion.

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                UNITED STATES DISTRICT JUDGE